# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2009

Marilyn Kelly,
Chief Justice

137794 & (48)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JUDY SLAUGHTER,
   Plaintiff-Appellee,

v

                SC: 137794
                COA: 283266
                Manistee CC: 07-012673-NO

BLARNEY CASTLE OIL COMPANY, d/b/a
EZ MART,
    Defendant-Appellant.

_____/

   On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the November 6, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2009

0422

_____
Clerk